UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 25-0588 (JMC) |

## ANSWER

Defendant, the Department of Justice (the "Department"), by and through the undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint, in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action. *See* ECF No. 1.

Defendant responds to the separately numbered paragraphs (as numbered by Plaintiff) and prayer for relief contained in the Complaint below. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action. Defendant responds to the Complaint in like numbered paragraphs as follows:

## JURISDICTION AND VENUE[1]

1. Paragraph 1 consists of legal conclusions of law concerning jurisdiction, to which no response is required. To the extent a response is deemed required, Defendant admits that the Court has jurisdiction over this matter subject to the terms and limitations of the FOIA.

2. Paragraph 2 consists of legal conclusions of law concerning venue, to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this District.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendant admits that the Department is an agency of the United States Government headquartered at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530. The remainder of the allegations in Paragraph 4 consist of conclusions of law to which no response is required.

## STATEMENT OF FACTS

5. Defendant admits that the Federal Bureau of Investigation received a FOIA request from Plaintiff on January 24, 2025 through the Bureau's eFOIA/PA system. The remainder of the allegations in Paragraph 5 consist of Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed required, Defendant avers that Plaintiff's

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings (Fed. R. Civ. P. 10(b)), to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

FOIA request is the best evidence of its contents and respectfully refers this Court to that request for a complete and accurate statement of its contents.

6. Defendant admits the allegations contained in Paragraph 6.

7. Defendant admits that it did not communicate with Plaintiff about Plaintiff's FOIA request from February 4, 2025, through the date of the complaint, February 28, 2025.

8. Defendant admits that, as of February 28, 2025, it had not produced records or issued a determination.

## COUNT I
## Violation of FOIA, 5 U.S.C. § 552)

9. Defendant incorporates by reference its responses to all preceding paragraphs as if set forth fully herein.

10. Paragraph 10 consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

11. Paragraph 11 consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

12. Paragraph 12 consists of a legal conclusion, to which no response is required. To the extent a response is deemed required, Defendant denies the allegation contained in paragraph 12.

13–14. Paragraphs 13 and 14 consist of legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff constructively exhausted its administrative remedies.

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### First Defense

Defendant's actions or inactions did not violate the FOIA or any other statute or regulation.

### Second Defense

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA, 5 U.S.C. § 552.

### Third Defense

Plaintiff is neither eligible for nor entitled to attorney's costs or fees in this action.

### Fourth Defense

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

### Fifth Defense

Defendant have not improperly withheld records requested by Plaintiff under FOIA.

### Sixth Defense

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

### Seventh Defense

Plaintiff is not entitled to production of records protected from disclosure by one or more applicable FOIA exemptions, release of which records foreseeably would harm an interest the

- 5 -

exemption protects, or which records are protected from disclosure by one or more applicable FOIA exclusions.

Dated: April 2, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*