UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 25-0588 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 19, 2025, Minute Order, Plaintiff Judicial Watch and Defendant Department of Justice, by and through undersigned counsel, hereby respectfully submit this Joint Status Report. This case involves Plaintiff's Freedom of Information Act request for records about certain requests made to the Federal Bureau of Investigation.

Defendant has completed its search to identify potentially responsive records and is scoping those records for responsive, non-exempt, reasonably segregable portions of records requested by Plaintiff. Some of the records are subject to consultation and cannot be produced until other government agencies have completed their review. Defendant made its first production on June 27, 2025. Defendant expects to continue providing monthly updates to Plaintiff until the consultations have been completed.

\*  \*  \*

Pursuant to the Court's May 19, 2025, Minute Order, the parties will file a further joint status report on Monday, December 15, 2025.

Dated: September 15, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Attorneys for the United States of America*

By: /s/ Paul J. Orfanedes
Paul J. Orfanedes
JUDICIAL WATCH, INC.
425 Third Street, SW Suite 800
Washington, DC 20024
(202) 646-5172
Porfanedes@judicialwatch.Org

*Counsel for Plaintiff*